UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAIN DIN WASHINGTON, Jr., | No.  2:25-cv-2992 DC AC PS |
| Plaintiff, | |
| v. | ORDER |
| HONEYCOMB PROGRAMS INC., GREGORY REID, and ITAI BENZAKEN, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro se, and the case is accordingly referred to the undersigned by Local Rule 302(c)(21).  On January 7, 2026, the court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found federal jurisdiction lacking because plaintiff's only claim for relief arises under state law.  ECF No. 3 at 1, 4-7.  Upon screening the complaint, however, the undersigned found that federal jurisdiction is lacking because plaintiff asserts only a cognizable state law claim.  Id. at 1, 4-7.  Plaintiff was granted 30 days to file an amended complaint, id. at 9, but no amended complaint has been filed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to amend his complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint will serve as cause and will discharge this order.  If plaintiff fails to respond, the

/////

1

undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

DATED.  March 4, 2026.

_allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2