UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAIN DIN WASHINGTON, Jr., | No.  2:25-cv-2992 DC AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| HONEYCOMB PROGRAMS INC., GREGORY REID, and ITAI BENZAKEN, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On January 7, 2026, the undersigned screened the complaint and found federal jurisdiction lacking because plaintiff's only claim for relief arose under state law.  ECF No. 3 at 1, 4-7.  Plaintiff was granted 30 days to file an amended complaint.  Id. at 9.

On March 4, 2026, the undersigned issued an order to show cause ("OSC") within 14 days as to why plaintiff's failure to amend the complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  ECF No. 4 at 1.  Plaintiff was further informed that filing a First Amended Complaint ("FAC") would discharge the OSC.  Id. at 1.  To date, plaintiff has not amended his complaint or otherwise responded to the OSC.

In accordance with the above, **IT IS HEREBY RECOMMENDED THAT** this action be

1

dismissed for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

SO ORDERED.

DATED: May 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2